

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE

FEB 0 1 2012

U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

           Plaintiff,           CRIMINAL NO. 12-cr-20052

vs.                               HONORABLE GEORGE CARAM STEEH

D-4    KENNETH ROBERT DANIELS,

           Defendant.
_____/

### DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, KENNETH ROBERT DANIELS, defendant in this case, hereby acknowledge that I have received a copy of the indictment before entering my plea, and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

Count 15:          Not more than 5 years imprisonment and/or a fine pursuant to Title 18.

Criminal Forfeiture:   Any proceeds or property traceable thereto, obtained, directly or indirectly; any property involved in said violations, or property traceable thereto; and/or any property used, or intended to be used, or any property traceable thereto, to commit or to facilitate the commission of the foregoing violations.

_____
KENNETH ROBERT DANIELS
Defendant

### ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the

Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

THOMAS W. JAKIC
PRINT NAME:
Counsel for Defendant  P15426

Dated: 2/1/12