F I L E D
MAY 15 2014
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

CRIMINAL NO. 12-20052-01,02,04,05

v.

CARLOS POWELL, et al,

        Defendants,
_____/

## VERDICT FORM

# **VERDICT FORM**

**We, the jury, unanimously find the following:**

## COUNT ONE (Carlos Powell)

Question 1. With respect to the charge in Count One of the indictment for conspiracy to possession with intent to distribute and to distribute heroin, cocaine, and marijuana, we find the defendant Carlos Powell:

Not Guilty _____         Guilty **X**

If you answered guilty in response to Question 1, proceed to Question 1(a). If you answered not guilty in response to Question 1, skip Question 1(a) and proceed to Question 2.

Question 1(a). With respect to Count One, the amount of the mixture or substance containing a detectable amount of heroin/cocaine involved in the conspiracy as a whole was (check largest quantity that you find for each substance):

Heroin
    **X**  1000 grams (1 kilogram) or more
    \_\_\_\_  100 grams or more but less than 1000 grams (1 kilogram)
    \_\_\_\_  less than 100 grams
    \_\_\_\_  none

Cocaine
    **X**  5000 grams (5 kilograms) or more
    \_\_\_\_  500 grams or more but less than 5000 grams (5 kilograms)
    \_\_\_\_  less than 500 grams
    \_\_\_\_  none

## COUNT ONE (Eric Powell)

Question 2. With respect to the charge in Count One of the indictment for conspiracy to possession with intent to distribute and to distribute heroin, cocaine, and marijuana, we find the defendant Eric Powell:

Not Guilty _____          Guilty __X__

If you answered guilty in response to Question 2, proceed to Question 2(a). If you answered not guilty in response to Question 2, skip Question 2(a) and proceed to Question 3.

Question 2(a). With respect to Count One, the amount of the mixture or substance containing a detectable amount of heroin/cocaine involved in the conspiracy as a whole was (check largest quantity that you find for each substance):

Heroin
- __X__ 1000 grams (1 kilogram) or more
- _____ 100 grams or more but less than 1000 grams (1 kilogram)
- _____ less than 100 grams
- _____ none

Cocaine
- __X__ 5000 grams (5 kilograms) or more
- _____ 500 grams or more but less than 5000 grams (5 kilograms)
- _____ less than 500 grams
- _____ none

## COUNT ONE (Earnest Proge)

Question 3. With respect to the charge in Count One of the indictment for conspiracy to possession with intent to distribute and to distribute heroin, cocaine, and marijuana, we find the defendant Earnest Proge:

Not Guilty _____          Guilty __X__

If you answered guilty in response to Question 3, proceed to Question 3(a). If you answered not guilty in response to Question 3, skip Question 3(a) and proceed to Question 4 (the next count).

Question 3(a). With respect to Count One, the amount of the mixture or substance containing a detectable amount of heroin/cocaine involved in the conspiracy as a whole was (check largest quantity that you find for each substance):

Heroin
  __X__ 1000 grams (1 kilogram) or more
  _____ 100 grams or more but less than 1000 grams (1 kilogram)
  _____ less than 100 grams
  _____ none

Cocaine
  __X__ 5000 grams (5 kilograms) or more
  _____ 500 grams or more but less than 5000 grams (5 kilograms)
  _____ less than 500 grams
  _____ none

## COUNT TWO (Eric Powell)

Question 4. With respect to the charge in Count Two of the indictment for possession with intent to distribute heroin, we find the defendant Eric Powell:

Not Guilty _____          Guilty __X__

If you answered guilty in response to Question 4, proceed to Question 4(a). If you answered not guilty in response to Question 4, skip Question 4(a) and proceed to Question 5.

Question 4(a). With respect to Count Two, the amount of the mixture or substance containing a detectable amount of heroin involved in the conspiracy as a whole was (check largest quantity that you find):

Heroin
__X__ 1000 grams (1 kilogram) or more
_____ 100 grams or more but less than 1000 grams (1 kilogram)
_____ less than 100 grams

## COUNT TWO (Earnest Proge)

Question 5. With respect to the charge in Count Two of the indictment for possession with intent to distribute heroin, we find the defendant Earnest Proge:

Not Guilty _____          Guilty __X__

If you answered guilty in response to Question 5, proceed to Question 5(a). If you answered not guilty in response to Question 5, skip Question 5(a) and proceed to Question 6 (next count_.

Question 5(a). With respect to Count Two, the amount of the mixture or substance containing a detectable amount of heroin involved in the conspiracy as a whole was (check largest quantity that you find):

Heroin
__X__ 1000 grams (1 kilogram) or more
_____ 100 grams or more but less than 1000 grams (1 kilogram)
_____ less than 100 grams

## COUNT THREE (Carlos Powell)

Question 6. With respect to the charge in Count Three of the indictment for possession with intent to distribute cocaine, we find the defendant Carlos Powell:

Not Guilty _____     Guilty __X__

If you answered guilty in response to Question 6, proceed to Question 6(a). If you answered not guilty in response to Question 6, skip Question 6(a) and proceed to Question 7.

Question 6(a). With respect to Count Three, the amount of the mixture or substance containing a detectable amount of cocaine involved in the conspiracy as a whole was (check largest quantity that you find):

Cocaine
__X__ 5000 grams (5 kilograms) or more
_____ 500 grams or more but less than 5000 grams (5 kilograms)
_____ less than 500 grams


## COUNT THREE (Eric Powell)

Question 7. With respect to the charge in Count Three of the indictment for possession with intent to distribute cocaine, we find the defendant Eric Powell:

Not Guilty _____     Guilty __X__

If you answered guilty in response to Question 7, proceed to Question 7(a). If you answered not guilty in response to Question 7, skip Question 7(a) and proceed to Question 8.

Question 7(a). With respect to Count Three, the amount of the mixture or substance containing a detectable amount of cocaine involved in the conspiracy as a whole was (check largest quantity that you find):

Cocaine
__X__ 5000 grams (5 kilograms) or more
_____ 500 grams or more but less than 5000 grams (5 kilograms)
_____ less than 500 grams

## COUNT THREE (Earnest Proge)

Question 8. With respect to the charge in Count Three of the indictment for possession with intent to distribute cocaine, we find the defendant Earnest Proge:

Not Guilty __X__                    Guilty _____

If you answered guilty in response to Question 8, proceed to Question 8(a). If you answered not guilty in response to Question 8, skip Question 8(a) and proceed to Question 9 (next count).

Question 8(a). With respect to Count Three, the amount of the mixture or substance containing a detectable amount of cocaine involved in the conspiracy as a whole was (check largest quantity that you find):

Cocaine
  _____ 5000 grams (5 kilograms) or more
  _____ 500 grams or more but less than 5000 grams (5 kilograms)
  _____ less than 500 grams


## COUNT FOUR (Carlos Powell)

Question 9. With respect to the charge in Count Four of the indictment for possession with intent to distribute heroin, we find the defendant Carlos Powell:

Not Guilty _____                    Guilty __X__

If you answered guilty in response to Question 9, proceed to Question 9(a). If you answered not guilty in response to Question 9, skip Question 9(a) and proceed to Question 10 (next count).

Question 9(a). With respect to Count Four, the amount of the mixture or substance containing a detectable amount of heroin involved in the conspiracy as a whole was (check largest quantity that you find):

Heroin
  __X__ 1000 grams (1 kilogram) or more
  _____ 100 grams or more but less than 1000 grams (1 kilogram)
  _____ less than 100 grams

## COUNT FOUR (Eric Powell)

Question 10. With respect to the charge in Count Four of the indictment for possession with intent to distribute heroin, we find the defendant Eric Powell:

Not Guilty _____          Guilty _____

If you answered guilty in response to Question 10, proceed to Question 10(a). If you answered not guilty in response to Question 10, skip Questions 10(a) and proceed to Question 11 (next count).

Question 4(a). With respect to Count Four, the amount of the mixture or substance containing a detectable amount of heroin involved in the conspiracy as a whole was (check largest quantity that you find):

Heroin
_____ 1000 grams (1 kilogram) or more
_____ 100 grams or more but less than 1000 grams (1 kilogram)
_____ less than 100 grams

## COUNT FIVE (Carlos Powell)

Question 11. With respect to the charge in Count Five of the indictment for possession of a firearm in furtherance of a drug trafficking crime (Count One - Conspiracy to Distribute Controlled Substances and/or Count Four - Possession with Intent to Distribute Heroin), we find the defendant Carlos Powell:

Not Guilty _____          Guilty __X__

Proceed to Question 12 (next count).

## COUNT EIGHT (Earnest Proge)

Question 12. With respect to the charge in Count Eight of the indictment for felon in possession of a firearm, we find the defendant Earnest Proge:

Not Guilty _____          Guilty __X__

Proceed to Question 13 (next count).

### COUNT TEN (Carlos Powell)

Question 13. With respect to the charge in Count Ten of the indictment for Conspiracy to Launder Monetary Instruments, we find the defendant Carlos Powell:

Not Guilty \_\_\_\_\_    Guilty __X__

Proceed to Question 14.

### COUNT TEN (Eric Powell)

Question 14. With respect to the charge in Count Ten of the indictment for Conspiracy to Launder Monetary Instruments, we find the defendant Eric Powell:

Not Guilty \_\_\_\_\_    Guilty __X__

Proceed to Question 15.

### COUNT TEN (Earnest Proge)

Question 13. With respect to the charge in Count Ten of the indictment for Conspiracy to Launder Monetary Instruments, we find the defendant Earnest Proge:

Not Guilty \_\_\_\_\_    Guilty __X__

Proceed to Question 15.

### COUNT FIFTEEN (Kenneth Daniels)

Question 13. With respect to the charge in Count Fifteen of the indictment for Structuring Financial Transactions, we find the defendant Kenneth Daniels:

Not Guilty \_\_\_\_\_    Guilty __X__

s/Jury Foreperson _____
In compliance with the Privacy Policy adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated: May 13, 2014