Honorable Stephen J. Murphy III
US District Court
231 W. Lafayette Blvd Room 228
Detroit, Michigan 48226

August 29, 2014

Dear Judge Murphy,

I am writing to you in regards to my husband Kenneth Daniels. We have been married for almost 28 years. During these years, he has been a great provider, loving husband, friend and excellent father to our children.

Judge Murphy, my husband Kenneth is really a good person. He has a heart of gold and is always willing to lend a helping hand. I have witnessed him on numerous occasions helping the needy and raising money for families that needed help with funeral expenses.

He would often assist kids in their fundraising efforts by purchasing candy, gift cards, pizza kits or magazine subscriptions. Every time I turn around he was bringing something home that he bought from a neighborhood kid saying they were doing something honest and that he wanted to help them.

During his run for Political Office it was mandatory that if any money had to be paid out for campaign work it had to go to the kids first. He wanted them involved in the process. We were out the other day and a young man asked, are you Ken Daniels? I use to work for you when I was younger passing out your campaign flyers. He has impacted so many young people lives in this community.

Both of our parents are elderly and he is always there to do whatever they ask of him. For the past few years he has been taking care of his 79 year old stepfather and does an excellent job providing for him. He takes him on outings, to his

doctor appointments, administers his meds and will do anything to make him comfortable so that he can enjoy the remainder of his life.

My husband was raised by his mother and stepfather. His stepfather was a very mean and abusive to him, his mother and his siblings. To this day they (his siblings) will have nothing to do with him. I overheard one of his siblings ask why he was so committed to helping someone that verbally and physically abused him as a child, his response was, "I forgave him and somebody has to do it". His stepfather started seizing just two weeks ago and had to be rushed to the hospital via EMS. Kenneth was the only one at the hospital everyday for this past week checking on his stepdad. He was just released Thursday.

Judge Murphy, my husband is an asset to this community. He looks out for the seniors and delivers fresh fruits and vegetables to those that need them every Friday evening. He along with others has stopped home invasions, and supplied address of known drug houses to the Detroit Police Department.

My husband made a terrible mistake. His problem is being too nice and not knowing how to say NO. Over the years, I have tried to tell him that people will use you and take your kindness for weakness; that's what happened in this case, not saying no. My husband would not knowingly associate with drug dealers, if anything he would have called the Police and turned them in. I remember when Kenneth first met Carlos Powell; it was during one of his family fun day events. Carlos Powell along with other business owners in this community donated money to purchase over 300 bicycles and 1,000 book bags to give away to the kids whose families couldn't afford to buy them.

I realize that he made a bad decision and that he has to answer to the court for that bad decision. I would just like to respectfully ask that you show mercy when you hand down your sentence and consider an alternative to prison, such as probation with community service or even a halfway house. This would allow him to continue taking care of his stepfather and mentoring the young people in the community about making bad choices.

I know that he accepts responsibility and is very remorseful for what has happened, not to mention all of the pain and humiliation we have gone through as a result of his actions.

Thank you for taking the time to read my letter.

Sincerely,

Polett King-Daniels



## Sacred Heart Church

1000 ELIOT - DETROIT, MICH. 48207-2088

FR. NORMAN P. THOMAS, Pastor

Phone: (313) 831-1356
Fax: (313) 831-8603

September 2, 2014

The Honorable Stephen J. Murphy

Dear Judge Murphy,

I hope that my remarks will be helpful for you as you determine Kenneth Daniel's future. Kenneth grew up here with his family as an active member of Sacred Heart Parish. I have known him for forty six years. Kenneth participated fully in the activities & religious services of the church.

He has always been socially conscious and became politically active as a State Representative. As a member of several community Boards, he continues to sponsor many activities to benefit the children. I have always been able to gain Kenneth's support for events especially if they involved the children.

Kenneth continues to be a member of Sacred Heart where he enjoys the respect of all including myself. I am hoping that Kenneth will be able to continue serving our community especially since I have some endeavors where his talents would be most useful.

Sincerely,

Norman P. Thomas

Rev. Norman P. Thomas
Pastor

August 27, 2014

Honorable Judge Stephen J. Murphy III
231 West Lafayette Rm 228
Detroit, MI 48226

    RE: Request for Leniency in Sentencing for Ken Daniels

Dear Honorable Judge Stephen J. Murphy III

I have known Mr. Ken Daniels, for the past twenty-five years. I am a personal family friend and community supporter. Mr. Daniel has always had a positive impact in the community and has played a very important role in moving our community forward. He has been involved in many civic efforts and a solid track record in helping senior, children and people in need of any assistance.

Mr. Daniels served as State Representative for his district and previous President, of the Mohicans Regent Home Owners Association, where I served as a treasurer for a number of years. As a result of his community efforts, Detroit neighborhoods and communities were made safer. We conducted community patrols, community events for children and efforts to make resources available to seniors.

Judge, I am aware of the seriousness of the crime in which Mr. Daniels, was convicted and in no way want to underscore the importance of a fair and just judicial sentence. This is a very serious incident and lack of judgment on Mr. Daniels behalf, however I pray for the courts leniency in sentencing and look forward to Mr. Daniels, getting past this situation. I wholeheartedly know that he is a hardworking family man who is trustworthy enough for a second chance to show he is responsible.

Granting Mr. Daniels, an opportunity to pay a debt his to society through alternative probation/community service approach hopefully a consideration. I pray Judge Murphy that you would consider..

Thank you for your time in reading this letter If you have questions or need additional information, I can be reached at (313) 729-3282.

Sincerely,

*Anthony D. Smith*
Anthony D. Smith

Honorable Stephen J. Murphy III
US District Court
231 W. Lafayette Blvd Room 228
Detroit, Michigan 4822

August 28, 2014

Dear Judge Murphy,

My name is Franklin Parnell a retired Fireman from the City of Detroit. I am writing to you on behalf of my friend, Kenneth Daniels. I have known Ken Daniels for well over 20 years. I met him during the time he served on the Detroit School Board, as I was at involved in the local PTA at the time.

Ken and I had a lot in common as it relates to the community and kids; being that we both had school age children. I can remember when Ken was first appointed to the Board, he did something that was unprecedented for a Board member. Within two days of his appointment to the Board, he called a meeting for all of the Principals (36) in his district and the parent organizations. During that meeting he laid out his vision for Area E and how he wanted the parents and local schools to work together to educate our children and was not going to accept anything less. He coined the phrase" It Takes Teamwork, to make the Dream work" That was our motto in Area E, Ken's District.

I along with other Parents and Principals were glad to know that we finally had someone that would listen to us and fight for our children. Here is a Board member that visited every school in Area E and got to know each and every Principal, PTA President and their members and the kids loved him.

There was one School, Wilkins Elementary that named their Computer lab after Ken Daniels as he was responsible for getting it opened after a number of years of parents and staff complaining.

Once Parents met Ken and he shared his vision for our district, the parental involvement increased significantly.

He has held many community events, such as Health Fairs, Family Fun Days for the kids and their families giving away food, bikes, book bags and computers.

He has and continues to have a positive impact in our community with the food giveaways every Friday and helping anyone that needs it.

Your Honor, I have talked to Ken on numerous occasions about the situation in which he's dealing with and I can tell you that he is sorry for what has happened. I can honestly say that he did not know that this Carlos Powell was involved in drug trafficking, because if he had known, he would have turned him in from the very beginning.

There are people in this community including myself that has called Ken to report illegal activity such as drug dealing, potential gang activity, prostitution and illegal dumping. Ken has always spoke out against this type of behavior and has used his contacts in law enforcement to shut these people down.

I understand how serious the crime is that he has committed and don't think it should go unpunished, however I think that a sentence of incarceration would leave a void not only in our community, but in the care of his father who is extremely ill.

I would like to respectfully request that you consider an alternative sentence such as probation, halfway house or even home confinement. His willingness to help others and his commitment to his family and his mentoring of young people far outweighs spending years in prison. Ken has learned a valuable lesson

If you have any questions on need additional information, please call me at 313 492-5966.

Sincerely,

*Franklin Parnell*

Franklin Parnell

September 2, 2014

Judge Stephen J. Murphy III
231 W. Lafayette
Boulevard Room 228
Detroit, MI 48226

Re: Kenneth Daniels

Judge Murphy,

I am writing this letter to support leniency for Kenneth Daniels. Kenneth Daniels is my friend, Community Activist and Mentor to the neighborhood youth. Kenneth is also a Father, Husband and Family Patriarch.

I met Kenneth several years ago when he was a Michigan State Representative. I went to Ken with a problem and without reservation he began to help. My problem was with the young people misbehaving in front of my restaurant. Ken, because he had developed a relationship with several of the young men, was able to convince them to modify their behavior and also become good patrons of my business.

As a Community Activist, Ken has helped to **recruit** new neighbors to our Detroit neighborhood. Instead of allowing the neighborhood to become blighted with abandoned houses, Ken took it upon himself to recruit new families into our neighborhood. Ken showed the new families how to present their offers to the banks, owners and in some cases help them to craft a land contract. All of this was a self-motivate effort to keep this neighborhood strong and desirable.

Ken is the first to take care of his lawn, shovel snow, pick up trash and keep the gutters from debris during rain and snow storms. He is also the first want to help the elderly and the women headed households that populate this neighborhood. Ken is also the person members of this community come to when they are in a crisis or need of civic information.

Ken, as a Neighborhood Mentor, is on a first name basis with most of the young people in our neighborhood. He is also the person young men of the neighborhood come to for general advice. He has mentored them to help find

jobs to match their skill level and also to encourage them to return to school to complete their education. He helps other people's children to become better citizens of Detroit. All of this is done without personal rewards!

Ken is an excellent Father to his children, a good companion for his wife and a good provider for his family. Ken has been a positive role model for many of the young people in the neighborhood without fathers. Ken has also been a good son to his elderly Dad and many of our senior citizens who have no one to look out for them except Ken! His actions demonstrate that of a good person!

Please grant Kenneth Daniels probation. For the reasons listed above and others we need to keep him active in our community. It would only hurt our neighborhood to lose him.

Ken has made a mistake. Please use your authority to instruct him on how to be a better person but also to keep him involved and a strong protector of our neighborhoods. Grant him probation!

Respectfully,

*Raymond Card*

Raymond Card
Owner/Operator
Whittier Place Cafe and Caterer
10223 Whittier
Detroit, MI 48223
(313) 655-0055

August 23, 2014

The Honorable Stephen J. Murphy
United States District Court
231 W. Lafayette Blvd, Room 228
Detroit, MI 48226

Dear Judge Murphy,

Please accept this letter of character in regards to Ken Daniels.

My name is Johnny Oram, and I have known Ken Daniels for 12 years. I served as a former Chief of Staff and Policy Advisor to Ken Daniels during his time as a State Representative in the Michigan Legislature from 2002-2004. Ever since his departure from the Legislature, I have remained a close friend to Ken. I know Ken Daniels just as well as any person other than his loving family could.

It was spring 2002 and I was working in the Hawai'i Legislature at the time, having worked for the Republicans there. I would have never left Hawai'i had it not been for a phone call that I received from a Democratic lawmaker from Detroit who asked if I could come in for an interview. I was working for Charles Djou at the time, who was the Minority Floor Leader in the Hawai'i House of Representatives and later became a U.S. Congressman. I flew to Detroit to interview with Ken Daniels and he asked me one important question? "How is it that you a Republican would come and work for a Detroit Democrat?" I responded by saying that despite my Republican ideologies, I would be a valuable asset to your administration in helping not only the people of the great City of Detroit, but the entire State of Michigan. I won Ken's heart as he did mine, as he helped catapult my career in Michigan government. Many staffers come and go, but Ken Daniels is a friend for life!

I know Ken to be a man of good faith, good character and community-minded. These were traits that I saw in him firsthand while I worked for him in the Legislature, and subsequently, post legislative career. Ken always talked about how important his faith was to him and to his family, having been instilled with strong Catholic principles throughout his entire life. He never deviated or had gone contrary to the law until this case before you today, which is a very unfortunate predicament for him. Ken is a man that wouldn't knowingly do something if he knew full well it was wrong. He always did the right thing and this particular incident was an honest mistake that he truly regrets.

Ken has marvelous compensation for so much that he is truly edification to those who know him. Not only did his goodness shine on those that knew him, it extended to those whom he never met. His character and community-mindedness speak

volumes. He always worked to make his community a better place, from the local schools mentoring young people to the community centers.

I remember one day when an elderly woman in Detroit called the office and cried on the phone pleading for Ken Daniels' help to save her home from the City of Detroit due to a cloud on her title that was never corrected. . She was threatened with eviction, but Ken Daniels saved the day and helped keep this 97 year old woman in her home.

Another instance I remember was the leadership of Sparks Academy in Detroit wrongfully terminated 3 students from their school and Ken Daniels challenged their decision and the 3 kids were reinstated. The kids eventually excelled and continued on and the Michigan Department of Education scrutinized the wrongful practices which led to the wrongful termination of these children and made policy changes.

I am certainly aware of the circumstances surrounding Ken's charges. I truly believe that he has already suffered for this and has subjected his loving wife Polett and children David and Kandice through a tough time. He certainly understands what is before him, however, I must tell you, this is not the man and the boss that I know. If he knew there was something wrong about what he did, he wouldn't have done it. In the entire time I have known from having served as his Chief of Staff to being his friend over all these years, he has always been ethical, honest, and a hard-working man. Ken Daniels made a mistake, he admits it, and he owns this mistake. He did not mean to hurt anyone.

Due to the significant hardship that his family has already gone through and will continue to go through, I would sincerely ask that you, Judge Murphy, please consider granting Ken Daniels a sentence of probation. All the great things he is, a father, a husband, a son, and brother are paramount, even so the people of the City of Detroit who have depended on him when they have no food to eat especially around Thanksgiving a time when Ken donates turkeys to needy families. This was a tradition during his time in the Legislature and continues to be so to this day.

So many people would be at a loss if Ken goes to prison such as his family, as well as his father who has been in ill health for quite some time. The care that Ken provides for his dad is essential and his imprisonment would certainly be a significant deficiency to his care.

Judge Murphy, we all serve a God of second chances. Our Lord never gives up on us. No matter how many mistakes or failures and setbacks we may have, God's love for us is unyielding and He is always willing to give us another chance. Please, if you would allow Ken to be involved in the community and serve the community rather than be incarcerated, I would sincerely appreciate that. Please give him a second chance. Probation for Ken and his time to devoting his talents to the community far outweigh the costs associated with putting him in prison.

I want to thank you very much for your time and consideration.

Sincerely,

Johnny Oram